CERTIFICATION OF JUNE E. ADAMS IRREVOCABLE TRUST DATED 7/21/14 FBO EDWARD ROBERT ADAMS ("Plaintiff") PURSUANT TO FEDERAL SECURITES LAWS

I, EDWARD S. ADAMS, Trustee ("TTEE") of Plaintiff, with authority and on behalf of Plaintiff, declare that:

1.  Plaintiff reviewed the Complaint, adopts its allegations, and authorizes its filing and/or the filing of a lead plaintiff motion on Plaintiff's behalf.

2.  Plaintiff did not purchase the securities of International Business Machines Corporation ("IBM") that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action arising under this title.

3.  Plaintiff is willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  Plaintiff's transactions in IBM securities during the period set forth in the Complaint are as follows:

>   PURCHASE DATE: 04-19-2018
>   SHARES PURCHASED: 25
>   PRICE PER/SH: $148.79

5.  Plaintiff has not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following: NONE

6.  Plaintiff will not accept any payment for serving as a representative party, except to receive Plaintiff's pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Executed this __4th__ of April, 2022.

                                             JUNE E ADAMS IRREVOCABLE TRUST DATED 7/21/14 FBO EDWARD ROBERT ADAMS

                                             By: _____
                                                      Edward S. Adams TTEE