UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JUNE E. ADAMS IRREVOCABLE TRUST
DATED 7/21/14 FBO EDWARD ROBERT
ADAMS, Individually and on Behalf of All
Others Similarly Situated,

                          Plaintiff,

      vs.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, VIRGINIA M. ROMETTY,
MARTIN J. SCHROETER, JAMES J.
KAVANAUGH and ARVIND KRISHNA,

                     Defendants.

---------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 7:22-cv-02831-VB

CLASS ACTION

DECLARATION OF DAVID A.
ROSENFELD IN SUPPORT OF MOTION
FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD
COUNSEL

4875-1388-1891.v1

I, DAVID A. ROSENFELD, declare as follows:

1.    I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of Robbins Geller Rudman & Dowd LLP, counsel for Iron Workers Local 580 Joint Funds (the "Local 580 Joint Funds") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Local 580 Joint Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *PRNewswire*, a national business-oriented wire service, on April 6, 2022;

Exhibit B:    The Local 580 Joint Funds' Sworn Certification; and

Exhibit C:    Chart of the Local 580 Joint Funds' estimated losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 6th day of June, 2022, at Melville, New York.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

4875-1388-1891.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 6, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4875-1388-1891.v1

**Mailing Information for a Case 7:22-cv-02831-VB June E. Adams Irrevocable Trust Dated 7/21/14 FBO Edward Robert Adams v. International Business Machines Corporation**

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mitchell Mark Breit**
  mbreit@milberg.com,sdumain@milberg.com,cbryant@ecf.courtdrive.com,jczeisler@milberg.com,MBreit@ecf.courtdrive.com,rpothier@milberg.com,cbryant@milbe

- **James Michael Evangelista**
  jim@ewlawllc.com,joy@ewlawllc.com,barry@ewlawllc.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Daniel Jonathan Kramer**
  dkramer@paulweiss.com,mao_fednational@paulweiss.com

- **Lorin L. Reisner**
  LReisner@paulweiss.com,mao_fednational@paulweiss.com

- **Richard Craig Tarlowe**
  RTarlowe@paulweiss.com,mao_fednational@paulweiss.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)