# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

IRON WORKERS LOCAL 580 JOINT FUNDS ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action: *See* attached Schedule A.

5.      (a)      Plaintiff has been appointed to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Heavy & General Laborers' Locals 472 & 172 Welfare Fund v. 3M Company*, No. 2:19-cv-15982 (D.N.J.)
*Vataj v. Johnson*, No. 4:19-cv-06996 (N.D. Cal.)
*Georgia Firefighters' Pension Fund v. Anadarko Petroleum Corp.*, No. 4:20-cv-00576 (S.D. Tex.)
*Electrical Workers Pension Fund, Local 103, I.B.E.W. v. HP Inc.*, No. 3:20-cv-01260-SI (N.D. Cal.)
*City of Hallandale Beach Police Officers' & Firefighters' Personnel Ret. Trust v. AnaptysBio, Inc.*, No. 3:20-cv-00565 (S.D. Cal.)

(b)      Plaintiff initially sought to serve as a representative party for a class in the following actions filed under the federal securities laws within the three-year period prior to the date of this Certification:

*Cambridge Retirement System v. EQT Corporation*, No. 2:19-cv-00754 (W.D. Pa.)
*In re Citigroup Sec. Litig.*, No. 1:20-cv-09132 (S.D.N.Y.)

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of June, 2022.

IRON WORKERS LOCAL 580 JOINT FUNDS

By: _____

Sean Boyle, Fund Director

- 2 -

IBM

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

**Annuity Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/16/2018 | 5,336 | $153.30 |
| 04/26/2018 | 13 | $139.98 |
| 04/30/2019 | 390 | $132.92 |
| 03/31/2020 | 36 | $107.85 |
| 04/01/2021 | 939 | $127.25 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/01/2019 | 1,416 | $137.81 |

**Insurance Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/16/2018 | 4,372 | $153.30 |
| 04/26/2018 | 13 | $139.98 |
| 04/30/2019 | 327 | $132.92 |
| 04/01/2021 | 877 | $127.25 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/10/2020 | 706 | $124.55 |

**Pension Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/16/2018 | 11,635 | $153.30 |
| 04/26/2018 | 28 | $139.98 |
| 04/30/2019 | 869 | $132.92 |
| 01/22/2020 | 165 | $137.58 |
| 01/22/2020 | 3,100 | $137.74 |
| 01/27/2020 | 600 | $132.41 |
| 01/31/2020 | 1,100 | $136.27 |
| 02/27/2020 | 100 | $129.81 |
| 02/27/2020 | 605 | $130.09 |
| 03/09/2020 | 700 | $113.46 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/09/2020 | 750 | $114.18 |
| 10/08/2020 | 95 | $126.50 |
| 10/08/2020 | 3,841 | $125.80 |
| 04/01/2021 | 1,078 | $126.90 |
| 04/01/2021 | 1,620 | $127.25 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 07/19/2017 | 2,000 | $141.40 |
| 03/12/2020 | 3,013 | $100.55 |
| 03/13/2020 | 300 | $99.34 |
| 03/13/2020 | 3,807 | $99.84 |
| 12/07/2020 | 64 | $119.90 |
| 12/07/2020 | 640 | $120.06 |
| 12/07/2020 | 1,961 | $119.12 |
| 12/08/2020 | 1,271 | $120.10 |

**Bonds**

**Annuity Fund**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 01/25/2018 | 1.875% due 08/01/2022 | 600,000 | $96.30 |

| Date Sold | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 02/09/2021 | 1.875% due 08/01/2022 | 600,000 | $102.39 |

**Insurance Fund**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 05/09/2019 | 3.5% due 05/15/2029 | 130,000 | $99.91 |

Prices listed are rounded up to two decimal places.