# EXHIBIT C

Movants' Purchases and Losses

Class Period: 04/04/2017 - 10/20/2021

International Business Machines Corp.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Iron Workers Local #580 Pension Fund** | 03/16/2018 | 11,635 | $153.30 | $1,783,589.96 | 03/12/2020 | 3,013 | $100.55 | $302,956.92 | |
| | 04/26/2018 | 28 | $139.98 | $3,919.42 | 03/13/2020 | 300 | $99.34 | $29,801.52 | |
| | 04/30/2019 | 869 | $132.92 | $115,507.44 | 03/13/2020 | 3,807 | $99.84 | $380,108.51 | |
| | 01/22/2020 | 165 | $137.58 | $22,700.18 | 12/07/2020 | 64 | $119.90 | $7,673.74 | |
| | 01/22/2020 | 3,100 | $137.74 | $426,984.52 | 12/07/2020 | 640 | $120.06 | $76,839.81 | |
| | 01/27/2020 | 600 | $132.41 | $79,448.69 | 12/07/2020 | 1,961 | $119.12 | $233,595.69 | |
| | 01/31/2020 | 1,100 | $136.27 | $149,901.73 | 12/08/2020 | 1,271 | $120.10 | $152,646.17 | |
| | 02/27/2020 | 100 | $129.81 | $12,980.68 | held | 15,230 | $124.65 | $1,898,438.75 | |
| | 02/27/2020 | 605 | $130.09 | $78,701.61 | | | | | |
| | 03/09/2020 | 700 | $113.46 | $79,424.49 | | | | | |
| | 03/09/2020 | 750 | $114.18 | $85,633.58 | | | | | |
| | 10/08/2020 | 95 | $126.50 | $12,017.25 | | | | | |
| | 10/08/2020 | 3,841 | $125.80 | $483,206.49 | | | | | |
| | 04/01/2021 | 1,078 | $126.90 | $136,799.88 | | | | | |
| | 04/01/2021 | 1,620 | $127.25 | $206,140.06 | | | | | |
| | | **26,286** | | **$3,676,955.98** | | **26,286** | | **$3,082,061.11** | **($594,894.87)** |
| **Iron Workers Local #580 Annuity Fund** | 03/16/2018 | 5,336 | $153.30 | $817,983.33 | 10/01/2019 | 1,416 | $137.81 | $195,132.62 | |
| | 04/26/2018 | 13 | $139.98 | $1,819.73 | held | 5,298 | $124.65 | $660,402.40 | |
| | 04/30/2019 | 390 | $132.92 | $51,838.78 | | | | | |
| | 03/31/2020 | 36 | $107.85 | $3,882.51 | | | | | |
| | 04/01/2021 | 939 | $127.25 | $119,484.88 | | | | | |
| | | **6,714** | | **$995,009.24** | | **6,714** | | **$855,535.02** | **($139,474.22)** |
| **Iron Workers Local #580 Insurance Fund** | 03/16/2018 | 4,372 | $153.30 | $670,206.73 | 06/10/2020 | 706 | $124.55 | $87,934.49 | |
| | 04/26/2018 | 13 | $139.98 | $1,819.73 | 11/01/2021 | 1,824 | $120.99 | $220,689.04 | |
| | 04/30/2019 | 327 | $132.92 | $43,464.83 | held | 3,059 | $124.65 | $381,308.22 | |
| | 04/01/2021 | 877 | $127.25 | $111,595.57 | | | | | |
| | | **5,589** | | **$827,086.86** | | **5,589** | | **$689,931.75** | **($137,155.11)** |
| **Movants' Total** | | **38,589** | | **$5,499,052.07** | | **38,589** | | **$4,627,527.87** | **($871,524.20)** |

*For common stock shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $124.65 as of January 18, 2022 for common stock.

Prices listed are rounded up to two decimal places.