UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNE E. ADAMS IRREVOCABLE TRUST DATED 7/21/14 FBO EDWARD ROBERT ADAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, VIRGINIA M. ROMETTY, MARTIN J. SCHROETER, JAMES J. KAVANAUGH and ARVIND KRISHNA,<br><br>Defendants. | Case No.  7:22-cv-02831-VB<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF CITY OF HALLANDALE BEACH POLICE OFFICERS' AND FIREFIGHTERS' PERSONNEL RETIREMENT TRUST FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust (the "Retirement Trust"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Retirement Trust's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Loss chart of the Retirement Trust;

Exhibit B:     Press release published over *PRNewswire* on April 6, 2022, announcing the pendency of the above-captioned action;

Exhibit C:     Shareholder Certification executed on behalf of the Retirement Trust;

Exhibit D:     Declaration executed on behalf of the Retirement Trust; and

Exhibit E:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 6, 2022, at New York, New York.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

1