# EXHIBIT A

**International Business Machines Corporation (IBM)**
**CP: April 4, 2017 - October 20, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 10/16/2018 Partial Corrective Shares Retained | End-of-Class Shares Retained | 90-Days* Mean Price $124.6691 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/3/2018 | 75 | $152.3948 | ($11,477) | 3/12/2018 | (169) | $152.9666 | $25,921 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/3/2018 | 1,045 | $152.2460 | ($159,090) | 9/28/2018 | (103) | $144.3935 | $14,801 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/3/2018 | 67 | $152.3423 | ($10,198) | 10/17/2018 | (1,630) | $128.2345 | $208,980 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/19/2018 | 562 | $157.1831 | ($88,290) | 1/29/2019 | (70) | $128.4772 | $9,004 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/22/2018 | 116 | $154.1061 | ($17,893) | 3/5/2019 | (65) | $131.8834 | $8,553 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/22/2018 | 552 | $155.6346 | ($85,955) | 5/24/2019 | (76) | $126.5105 | $9,660 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/26/2018 | 595 | $159.0297 | ($94,650) | 6/28/2019 | (353) | $131.9874 | $46,526 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 3/6/2018 | 226 | $149.1883 | ($33,707) | 7/1/2019 | (220) | $133.6576 | $29,359 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 3/6/2018 | 42 | $149.2925 | ($6,246) | 7/11/2019 | (481) | $134.9493 | $64,932 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 3/16/2018 | 271 | $153.7556 | ($41,655) | 7/22/2019 | (248) | $143.7759 | $35,642 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 4/13/2018 | 450 | $150.5109 | ($67,697) | 8/19/2019 | (346) | $129.1251 | $44,706 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 4/13/2018 | 26 | $150.0048 | ($3,923) | 8/19/2019 | (371) | $129.1050 | $47,941 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 4/16/2018 | 64 | $151.6741 | ($9,678) | 10/21/2019 | (761) | $126.8029 | $96,559 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 4/18/2018 | 124 | $143.2404 | ($17,830) | 10/29/2019 | (29) | $128.3174 | $3,758 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 4/18/2018 | 225 | $145.0879 | ($32,629) | 11/14/2019 | (1,112) | $128.0973 | $142,431 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 6/28/2018 | 165 | $134.1528 | ($22,171) | 11/14/2019 | (345) | $127.9811 | $44,177 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 7/18/2018 | 48 | $138.0026 | ($6,640) | 11/26/2019 | (48) | $129.0057 | $6,207 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 8/29/2018 | 322 | $141.2137 | ($45,495) | 12/16/2019 | (29) | $128.3461 | $3,759 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 8/29/2018 | 45 | $140.9707 | ($6,341) | 4/28/2020 | (9) | $121.2811 | $1,142 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 9/11/2018 | 355 | $140.3884 | ($49,781) | 7/30/2020 | (6) | $117.4689 | $737 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 11/1/2018 | 370 | $111.6159 | ($41,330) | 7/31/2020 | (245) | $116.1638 | $28,433 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/7/2019 | 186 | $112.6620 | ($20,976) | 8/4/2020 | (31) | $119.2594 | $3,742 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/15/2019 | 385 | $116.3069 | ($44,770) | 8/25/2020 | (300) | $119.2981 | $35,814 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/23/2019 | 145 | $125.4254 | ($18,236) | 10/28/2020 | (624) | $102.1475 | $63,787 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/23/2019 | 285 | $126.6180 | ($36,024) | 10/28/2020 | (1,902) | $101.8595 | $193,699 | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 4/2/2019 | 688 | $136.7137 | ($94,096) | | | | | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 9/30/2019 | 505 | $139.4325 | ($70,444) | | | | | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/3/2020 | 78 | $128.5277 | ($10,083) | | | | | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/31/2020 | 524 | $136.6450 | ($71,608) | | | | | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 1/31/2020 | 294 | $136.3301 | ($40,071) | | | | | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 2/3/2020 | 582 | $140.2556 | ($81,569) | | | | | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 2/4/2020 | 9 | $142.5335 | ($1,342) | | | | | | | | |
| City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust | 6/2/2020 | 147 | $119.9426 | ($17,690) | | | | | | | | |
| **City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust** | | **9,575** | | **($1,359,583)** | | **(9,575)** | | **$1,170,270** | **5,103** | **0** | **$0** | **($189,314)** |

*Average Closing Prices from October 21, 2021 to January 18, 2022      Page 1 of 1