# EXHIBIT B

# Milberg Coleman Bryson Phillips Grossman, LLC Announces the Filing of a Securities Class Action on Behalf of International Business Machines Corporation (IBM) Investors



NEWS PROVIDED BY
**Milberg Coleman Bryson Phillips Grossman PLLC →**
Apr 06, 2022, 17:34 ET

NEW YORK, April 6, 2022 /PRNewswire/ -- Milberg Coleman Bryson Phillips Grossman, LLC announces that it has filed a class action in the United States District Court for the Southern District of New York (White Plains Division)(Case No. 7:22-cv-02831)  on behalf of persons and entities that purchased or otherwise acquired International Business Machines ("IBM" or the "Company") (NYSE: IBM) common stock between **April 4, 2017, and October 20, 2021,** inclusive (the "Class Period"). IBM investors interested in serving as lead plaintiffs in the action have until **June 6, 2022,** to file a lead plaintiff motion.

On October 20, 2021, after the close of the market, IBM disclosed that it was going to suffer a revenue shortfall, with its Cognitive & Cloud Computing segment the main culprit. Unbeknownst to the investing public, the Company had stopped and/or curtailed its improper conduct described below, which caused Company results to suffer. On this news, IBM's common stock fell from its close on October 20, 2021, of $133.87 per share to close at $121.07 per share on October 21, 2022, a loss of almost $13.00 per share, thereby injuring investors.

The complaint filed in this class action alleges that prior to and throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants overstated IBM's revenues from its strategic side of the business, by misclassifying and/or shifting revenues from its non-strategic mainframe part of the business, to appease market expectations about the Company's future prospects and boost incentive compensation for its executives. This misconduct began prior to the start of the Class Period and continued throughout. The defendants in the case are IBM, Virginia M. Rometty, Martin J. Schroeter, James J. Kavanaugh and Arvind Krishna. The Complaint alleges that the conduct of Defendants violates Sections 10(b) and 20(a) of the Exchange Act of 1934.

If you purchased IBM securities during the Class Period, you may move the Court no later than **June 6, 2022,** to ask the Court to appoint you as lead plaintiff. A lead plaintiff is a member of the class that has the largest financial interest among competing movants and is deemed by the Court to be adequate and typical of the claims of other class members. To be a member of the Class, if one is eventually certified by the Court, you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. An investor's ability to share in any potential future recovery of the class action lawsuit is not dependent upon serving as lead plaintiff, and a lead plaintiff is entitled to the same pro-rata recovery as absent class members. If you purchased IBM securities, have information, or would like to learn more about these claims, or have any questions concerning this announcement or your rights or interests with respect to these matters, please contact **Jennifer S. Czeisler,** Milberg Coleman Bryson Phillips Grossman, LLC**, 100 Garden City Plaza, Suite 500, Garden City, NY 11530, jczeisler@milberg.com,** www.Milberg.com. If you inquire by email please include your mailing address, telephone number, and number of shares purchased.

Attorney Advertising

Past Results Do Not Guarantee Similar Outcomes

SOURCE Milberg Coleman Bryson Phillips Grossman PLLC