# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Alan B. Miller, on behalf of City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust (the "Retirement Trust"), as Chair of the Retirement Trust's Board of Trustees, with authority to bind the Retirement Trust and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against International Business Machines Corporation ("IBM" or the "Company") and authorize the filing of a motion on behalf of the Retirement Trust for appointment as lead plaintiff.

3.      The Retirement Trust did not purchase or acquire IBM securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      The Retirement Trust is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired IBM securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my current knowledge, the transactions listed in Schedule A reflect all of the Retirement Trust's transactions in IBM securities during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, the Retirement Trust served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Leventhal v. Chegg, Inc.*, 5:21-cv-9953 (N.D. Cal.);

- *City of Hollywood Police Officers' Retirement System v. Citrix Systems, Inc.*, 0:21-cv-62380 (S.D. Fla.);

- *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Intel Corporation*, 5:20-cv-6493 (N.D. Cal.);

- *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. AnaptysBio, Inc.*, 3:20-cv-565 (S.D. Cal.); and

- *City of Birmingham Firemen's & Policemen's Supplemental Pension System v. Pluralsight, Inc.*, 1:19-cv-7563 (S.D.N.Y.).[1]

7. The Retirement Trust agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed ___5/14/22_____
(Date)


_____
(Signature)

Alan B. Miller
On behalf of City of Hallandale Beach Police
Officers' and Firefighters' Personnel
Retirement Trust

---

[1] Subsequently transferred to the United States District Court for the District of Utah under style of *Indiana Public Retirement System v. Pluralsight, Inc.*, 1:19-cv-128 (D. Utah).

**International Business Machines Corporation (IBM)**   **City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 1/3/2018 | 75 | $152.3948 |
| Purchase | 1/3/2018 | 1,045 | $152.2460 |
| Purchase | 1/3/2018 | 67 | $152.3423 |
| Purchase | 1/19/2018 | 562 | $157.1831 |
| Purchase | 1/22/2018 | 116 | $154.1061 |
| Purchase | 1/22/2018 | 552 | $155.6346 |
| Purchase | 1/26/2018 | 595 | $159.0297 |
| Purchase | 3/6/2018 | 226 | $149.1883 |
| Purchase | 3/6/2018 | 42 | $149.2925 |
| Purchase | 3/16/2018 | 271 | $153.7556 |
| Purchase | 4/13/2018 | 450 | $150.5109 |
| Purchase | 4/13/2018 | 26 | $150.0048 |
| Purchase | 4/16/2018 | 64 | $151.6741 |
| Purchase | 4/18/2018 | 124 | $143.2404 |
| Purchase | 4/18/2018 | 225 | $145.0879 |
| Purchase | 6/28/2018 | 165 | $134.1528 |
| Purchase | 7/18/2018 | 48 | $138.0026 |
| Purchase | 8/29/2018 | 322 | $141.2137 |
| Purchase | 8/29/2018 | 45 | $140.9707 |
| Purchase | 9/11/2018 | 355 | $140.3884 |
| Purchase | 11/1/2018 | 370 | $111.6159 |
| Purchase | 1/7/2019 | 186 | $112.6620 |
| Purchase | 1/15/2019 | 385 | $116.3069 |
| Purchase | 1/23/2019 | 145 | $125.4254 |
| Purchase | 1/23/2019 | 285 | $126.6180 |
| Purchase | 4/2/2019 | 688 | $136.7137 |
| Purchase | 9/30/2019 | 505 | $139.4325 |
| Purchase | 1/3/2020 | 78 | $128.5277 |
| Purchase | 1/31/2020 | 524 | $136.6450 |
| Purchase | 1/31/2020 | 294 | $136.3301 |
| Purchase | 2/3/2020 | 582 | $140.2556 |
| Purchase | 2/4/2020 | 9 | $142.5335 |
| Purchase | 6/2/2020 | 147 | $119.9426 |
| Sale | 3/12/2018 | (169) | $152.9666 |
| Sale | 9/28/2018 | (103) | $144.3935 |
| Sale | 10/17/2018 | (1,630) | $128.2345 |
| Sale | 1/29/2019 | (70) | $128.4772 |
| Sale | 3/5/2019 | (65) | $131.8834 |
| Sale | 5/24/2019 | (76) | $126.5105 |
| Sale | 6/28/2019 | (353) | $131.9874 |
| Sale | 7/1/2019 | (220) | $133.6576 |
| Sale | 7/11/2019 | (481) | $134.9493 |
| Sale | 7/22/2019 | (248) | $143.7759 |
| Sale | 8/19/2019 | (346) | $129.1251 |
| Sale | 8/19/2019 | (371) | $129.1050 |
| Sale | 10/21/2019 | (761) | $126.8029 |
| Sale | 10/29/2019 | (29) | $128.3174 |
| Sale | 11/14/2019 | (1,112) | $128.0973 |
| Sale | 11/14/2019 | (345) | $127.9811 |
| Sale | 11/26/2019 | (48) | $129.0057 |
| Sale | 12/16/2019 | (29) | $128.3461 |
| Sale | 4/28/2020 | (9) | $121.2811 |
| Sale | 7/30/2020 | (6) | $117.4689 |
| Sale | 7/31/2020 | (245) | $116.1638 |
| Sale | 8/4/2020 | (31) | $119.2594 |
| Sale | 8/25/2020 | (300) | $119.2981 |
| Sale | 10/28/2020 | (624) | $102.1475 |
| Sale | 10/28/2020 | (1,902) | $101.8595 |