# EXHIBIT D

## DECLARATION IN SUPPORT OF MOTION
## FOR APPOINTMENT AS LEAD PLAINTIFF
## AND APPROVAL OF SELECTION OF COUNSEL

I, Alan B. Miller, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I respectfully submit this Declaration in support of the motion of City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust (the "Retirement Trust"), pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for appointment as Lead Plaintiff in the pending securities class action on behalf of investors in the securities of International Business Machines Corporation (respectively, "IBM" and the "Class Action") and approval of the Retirement Trust's selection of Pomerantz LLP ("Pomerantz") as Lead Counsel.

2.      I am Chair of the Retirement Trust's Board of Trustees, with authority to bind the Retirement Trust and enter into litigation on its behalf.  I am informed of and understand the requirements and duties imposed by the PSLRA.  I have personal knowledge about the information in this Declaration.

3.      As attested in the accompanying Certification, the Retirement Trust purchased a significant number of IBM securities during the alleged class period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Class Action.

4.      The Retirement Trust believes that the claims in the Class Action are meritorious and should be led by a dedicated and sophisticated institutional investor that is committed to maximizing the recovery on behalf of the investor class.  It is for these reasons, and in reliance upon legal research and analysis received from Pomerantz, that the Retirement Trust decided to seek appointment as Lead Plaintiff in the Class Action.

5.      The Retirement Trust understands and appreciates the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the Class Action to ensure it is prosecuted efficiently.  Here, the Retirement Trust has fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, the Retirement Trust selected Pomerantz to serve as Lead Counsel.  Based on the firm's experience in achieving substantial recoveries in securities class actions and individual securities lawsuits, the

1

Retirement Trust believes that Pomerantz is well-qualified to represent the Retirement Trust as Lead Plaintiff and to represent the class in the Class Action.

6.    Pomerantz has been directed to prosecute this litigation in an efficient, cost-effective manner while obtaining the best possible result for the investor class.  The Retirement Trust will continue to supervise counsel and actively oversee the prosecution of the Class Action for the benefit of the class of investors by, among other things, having personnel of the Retirement Trust review pleadings, monitor the litigation and significant developments therein, instruct counsel, attend hearings as warranted, and oversee any future resolution-oriented discussions or negotiations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed this 19th day of _____ May _____, 2022.

_____
(signature)

Alan B. Miller
Chair, Board of Trustees
City of Hallandale Beach Police Officers'
and Firefighters' Personnel Retirement Trust

2