**International Business Machines Corporation (IBM)**

LIFO Losses

Class Period: 04/04/2017 - 10/20/2021

Hold Price: $124.6691

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD (1) | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| BRUCE SCOTLAND | 04/19/17 | 100 | 161.3500 | 16,135.00 | 02/05/20 | 250 | 155.7000 | 38,925.00 | | | |
| | 04/19/17 | 65 | 161.5500 | 10,500.75 | 02/05/20 | 300 | 156.7000 | 47,010.00 | | | |
| | 03/13/18 | 10 | 159.3450 | 1,593.45 | 02/12/20 | 400 | 154.4400 | 61,776.00 | | | |
| | 03/14/18 | 23 | 158.3550 | 3,642.17 | 02/12/20 | 180 | 154.5200 | 27,813.60 | | | |
| | 04/19/18 | 74 | 146.8600 | 10,867.64 | 02/12/20 | 150 | 154.4800 | 23,172.00 | | | |
| | 07/11/18 | 39 | 146.0000 | 5,694.00 | | | | | | | |
| | 07/16/18 | 344 | 145.3300 | 49,993.52 | | | | | | | |
| | 10/12/18 | 6 | 140.0500 | 840.30 | | | | | | | |
| | 10/12/18 | 5 | 140.0000 | 700.00 | | | | | | | |
| | 12/13/18 | 185 | 120.8500 | 22,357.25 | | | | | | | |
| | 05/09/19 | 12 | 135.0000 | 1,620.00 | | | | | | | |
| | 05/09/19 | 4 | 135.0000 | 540.00 | | | | | | | |
| | 05/13/19 | 84 | 131.5500 | 11,050.20 | | | | | | | |
| | 05/30/19 | 85 | 129.2700 | 10,987.95 | | | | | | | |
| | 07/16/19 | 8 | 143.3600 | 1,146.88 | | | | | | | |
| | 08/02/19 | 61 | 147.5500 | 9,000.55 | | | | | | | |
| | 09/17/19 | 47 | 140.7500 | 6,615.25 | | | | | | | |
| | 10/16/19 | 100 | 142.0520 | 14,205.20 | | | | | | | |
| | 12/11/19 | 12 | 134.1500 | 1,609.80 | | | | | | | |
| | 12/16/19 | 6 | 134.0500 | 804.30 | | | | | | | |
| | 01/10/20 | 11 | 137.2000 | 1,509.20 | | | | | | | |
| | 02/05/20 | 150 | 156.9679 | 23,545.19 | | | | | | | |
| | 02/24/20 | 1,000 | 146.3500 | 146,350.00 | | | | | | | |
| | 02/24/20 | 38 | 147.0100 | 5,586.38 | | | | | | | |
| | 02/24/20 | 158 | 146.7800 | 23,191.24 | | | | | | | |
| | 02/28/20 | 120 | 128.9100 | 15,469.20 | | | | | | | |
| | 03/13/20 | 9 | 103.2000 | 928.80 | | | | | | | |
| | 03/13/20 | 125 | 103.7000 | 12,962.50 | | | | | | | |
| | 03/17/20 | 67 | 104.9500 | 7,031.65 | | | | | | | |
| | 03/17/20 | 1 | 104.1500 | 104.15 | | | | | | | |
| | 04/15/20 | 42 | 116.8500 | 4,907.70 | | | | | | | |
| | 04/16/20 | 17 | 117.8000 | 2,002.60 | | | | | | | |
| | 06/22/20 | 49 | 121.1400 | 5,935.86 | | | | | | | |
| | 06/22/20 | 3 | 121.5100 | 364.53 | | | | | | | |
| | 08/19/20 | 13 | 123.8000 | 1,609.40 | | | | | | | |
| | 09/10/20 | 18 | 123.0000 | 2,214.00 | | | | | | | |
| | 09/10/20 | 2 | 122.3200 | 244.64 | | | | | | | |
| | 10/08/20 | 1 | 131.0000 | 131.00 | | | | | | | |
| | 12/07/20 | 60 | 125.0500 | 7,503.00 | | | | | | | |
| | 12/14/20 | 19 | 123.8000 | 2,352.20 | | | | | | | |
| | 12/21/20 | 6 | 123.0800 | 738.48 | | | | | | | |
| | 02/12/21 | 1 | 120.6500 | 120.65 | | | | | | | |
| | 03/22/21 | 2 | 128.3800 | 256.76 | | | | | | | |
| | 04/08/21 | 4 | 134.4100 | 537.64 | | | | | | | |

International Business Machines Corporation (IBM)

LIFO Losses

Class Period: 04/04/2017 - 10/20/2021

Hold Price: $124.6691

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD (1) | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| | 04/09/21 | 12 | 134.8700 | 1,618.44 | | | | | | | |
| | 04/30/21 | 91 | 143.0600 | 13,018.46 | | | | | | | |
| | 06/14/21 | 18 | 149.2500 | 2,686.50 | | | | | | | |
| | 06/14/21 | 2 | 149.3100 | 298.62 | | | | | | | |
| | 07/08/21 | 14 | 140.8800 | 1,972.32 | | | | | | | |
| | 08/30/21 | 144 | 139.0100 | 20,017.44 | | | | | | | |
| | 10/04/21 | 19 | 142.8000 | 2,713.20 | | | | | | | |
| | 10/05/21 | 3 | 144.0000 | 432.00 | | | | | | | |
| | 10/11/21 | 14 | 142.7500 | 1,998.50 | | | | | | | |
| **BRUCE SCOTLAND Totals** | | **3,503** | | **$490,256.45** | | **1,280** | | **$198,696.60** | **2,223** | **$277,139.41** | **($14,420.44)** |
| PRISCILLA SCOTLAND | 04/28/17 | 300 | 160.0200 | 48,006.00 | 02/05/20 | 150 | 156.0500 | 23,407.50 | | | |
| | 03/13/18 | 13 | 159.1000 | 2,068.30 | 02/12/20 | 125 | 154.3800 | 19,297.50 | | | |
| | 10/12/18 | 7 | 140.0500 | 980.35 | | | | | | | |
| | 05/09/19 | 8 | 135.0000 | 1,080.00 | | | | | | | |
| | 09/17/19 | 7 | 140.7500 | 985.25 | | | | | | | |
| | 12/11/19 | 4 | 134.0848 | 536.34 | | | | | | | |
| | 02/24/20 | 275 | 146.5100 | 40,290.25 | | | | | | | |
| | 02/24/20 | 16 | 147.0100 | 2,352.16 | | | | | | | |
| | 02/26/20 | 83 | 143.4800 | 11,908.84 | | | | | | | |
| | 03/13/20 | 4 | 103.5000 | 414.00 | | | | | | | |
| | 06/22/20 | 6 | 121.5300 | 729.18 | | | | | | | |
| | 09/10/20 | 5 | 123.0000 | 615.00 | | | | | | | |
| | 12/21/20 | 80 | 123.1000 | 9,848.00 | | | | | | | |
| | 12/21/20 | 32 | 123.1200 | 3,939.84 | | | | | | | |
| | 02/08/21 | 81 | 123.2500 | 9,983.25 | | | | | | | |
| | 03/22/21 | 9 | 128.0100 | 1,152.09 | | | | | | | |
| | 05/04/21 | 55 | 145.4500 | 7,999.75 | | | | | | | |
| | 06/14/21 | 7 | 149.3200 | 1,045.24 | | | | | | | |
| | 08/03/21 | 1 | 144.1000 | 144.10 | | | | | | | |
| | 09/01/21 | 143 | 139.4300 | 19,938.49 | | | | | | | |
| | 10/04/21 | 9 | 142.8000 | 1,285.20 | | | | | | | |
| **PRISCILLA SCOTLAND Totals** | | **1,145** | | **$165,301.63** | | **275** | | **$42,705.00** | **870** | **$108,462.12** | **($14,134.51)** |

International Business Machines Corporation (IBM)

LIFO Losses
Class Period: 04/04/2017 - 10/20/2021

Hold Price: $124.6691

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD (1) | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| JESSICA PLOEGER | 08/06/18 | 500 | 146.0000 | 73,000.00 | 02/05/20 | 200 | 155.9500 | 31,190.00 | | | |
| | 10/12/18 | 6 | 140.0200 | 840.12 | 02/05/20 | 75 | 156.6461 | 11,748.46 | | | |
| | 05/09/19 | 8 | 135.0000 | 1,080.00 | 02/05/20 | 50 | 156.5000 | 7,825.00 | | | |
| | 01/10/20 | 109 | 137.6500 | 15,003.85 | 02/12/20 | 225 | 154.4100 | 34,742.25 | | | |
| | 02/24/20 | 550 | 147.2000 | 80,960.00 | | | | | | | |
| | 02/24/20 | 31 | 146.9500 | 4,555.45 | | | | | | | |
| | 04/15/20 | 5 | 119.4000 | 597.00 | | | | | | | |
| | 07/06/20 | 10 | 120.1500 | 1,201.50 | | | | | | | |
| | 01/22/21 | 10 | 120.0500 | 1,200.50 | | | | | | | |
| | 02/08/21 | 81 | 123.3000 | 9,987.30 | | | | | | | |
| | 04/06/21 | 10 | 134.9500 | 1,349.50 | | | | | | | |
| | 05/04/21 | 48 | 145.5500 | 6,986.40 | | | | | | | |
| | 07/06/21 | 10 | 139.9900 | 1,399.90 | | | | | | | |
| | 10/06/21 | 10 | 141.0700 | 1,410.70 | | | | | | | |
| **JESSICA PLOEGER Totals** | | **1,388** | | **$199,572.22** | | **550** | | **$85,505.71** | **838** | **$104,472.71** | **($9,593.81)** |
| | | | | | | | | | | | |
| REBECCA SCOTLAND | 06/20/17 | 26 | 155.1800 | 4,034.68 | 02/05/20 | 75 | 156.0498 | 11,703.74 | | | |
| | 10/07/19 | 11 | 141.5450 | 1,557.00 | 02/12/20 | 50 | 154.9750 | 7,748.75 | | | |
| | 12/24/19 | 34 | 134.8100 | 4,583.54 | 02/16/21 | 4 | 120.0500 | 480.20 | | | |
| | 01/10/20 | 109 | 137.4890 | 14,986.30 | | | | | | | |
| | 02/24/20 | 132 | 147.0100 | 19,405.32 | | | | | | | |
| | 03/13/20 | 2 | 103.0300 | 206.06 | | | | | | | |
| | 06/22/20 | 2 | 121.5100 | 243.02 | | | | | | | |
| | 09/10/20 | 7 | 123.0000 | 861.00 | | | | | | | |
| | 12/21/20 | 3 | 123.1200 | 369.36 | | | | | | | |
| | 02/08/21 | 121 | 123.3200 | 14,921.72 | | | | | | | |
| | 02/11/21 | 200 | 120.9800 | 24,196.00 | | | | | | | |
| | 02/12/21 | 214 | 120.7500 | 25,840.50 | | | | | | | |
| | 02/12/21 | 400 | 120.6400 | 48,256.00 | | | | | | | |
| | 02/12/21 | 14 | 120.5100 | 1,687.14 | | | | | | | |
| | 02/12/21 | 1 | 120.4800 | 120.48 | | | | | | | |
| | 02/16/21 | 250 | 120.1500 | 30,037.50 | | | | | | | |
| | 02/16/21 | 175 | 119.8500 | 20,973.75 | | | | | | | |
| | 02/23/21 | 5 | 120.5200 | 602.60 | | | | | | | |
| | 03/22/21 | 4 | 128.3800 | 513.52 | | | | | | | |
| | 04/19/21 | 100 | 133.5100 | 13,351.00 | | | | | | | |
| | 05/04/21 | 55 | 145.5500 | 8,005.25 | | | | | | | |
| | 05/06/21 | 13 | 145.7500 | 1,894.75 | | | | | | | |
| | 05/06/21 | 34 | 146.4000 | 4,977.60 | | | | | | | |
| | 06/14/21 | 20 | 149.2500 | 2,985.00 | | | | | | | |
| | 07/09/21 | 71 | 141.2500 | 10,028.75 | | | | | | | |
| | 10/04/21 | 22 | 142.3500 | 3,131.70 | | | | | | | |
| **REBECCA SCOTLAND Totals** | | **2,025** | | **$257,769.54** | | **129** | | **$19,932.69** | **1,896** | **$236,372.62** | **($1,464.24)** |

**International Business Machines Corporation (IBM)**

LIFO Losses

Class Period: 04/04/2017 - 10/20/2021

Hold Price: $124.6691

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD (1) | ESTIMATED VALUE | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| SARAH SCOTLAND | 02/25/21 | 204 | 122.5000 | 24,990.00 | | | | | | | |
| | 05/04/21 | 48 | 145.4400 | 6,981.12 | | | | | | | |
| | 05/06/21 | 20 | 145.2600 | 2,905.20 | | | | | | | |
| | 06/14/21 | 3 | 149.3500 | 448.05 | | | | | | | |
| | 10/04/21 | 4 | 142.8000 | 571.20 | | | | | | | |
| **SARAH SCOTLAND Totals** | | **279** | | **$35,895.57** | | **-** | | **$0.00** | **279** | **$34,782.68** | **($1,112.89)** |
| **TOTAL MOVANTS** | | **8,340** | | **$1,148,795.41** | | **2,234** | | **$346,839.99** | **6,106** | **$761,229.53** | **($40,725.88)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $124.6691 per share.