UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JUNE E. ADAMS IRREVOCABLE TRUST
DATED 7/21/14 FBO EDWARD ROBERT
ADAMS, individually and on behalf of all
others similarly situated,
                 Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, VIRGINIA M. ROMETTY,
MARTIN J. SCHROETER, JAMES J.
KAVANAUGH, and ARVIND KRISHNA,
                 Defendants.

------------------------------------------------------------x



**ORDER**

22 CV 2831 (VB)

     Before the Court are motions filed by each of the following movants (together, "Movants") on June 6, 2022, to be appointed lead plaintiff(s) and to approve each Movant's selection of counsel as lead counsel in this putative securities class action: (i) the June E. Adams Irrevocable Trust Dated 7/21/14 FBO Edward Robert Adams (Doc. #12); (ii) Michael Churton (Doc. #14); (iii) the Iron Workers Local 580 Joint Funds (Doc. #17); (iv) Bruce Scotland, Sarah Scotland, Rebecca Scotland, Priscilla Scotland, and Jessica Ploeger (Doc. #21); and (v) the City of Hallendale Beach Police Officers' and Firefighters' Personnel Retirement Trust (Doc. #24).

     In the interest of efficient case management, it is HEREBY ORDERED that the Movants shall (i) meet and confer in good faith about whether the Movants can agree on the appointment of one or more of the Movants as lead plaintiff(s) and (ii) submit a single joint letter of no more than three pages by **June 22, 2022**, informing the Court whether each Movant intends to pursue their motion, as well as whether the Movants consent to the appointment of one or more of the Movants as lead plaintiff(s).

     If the Movants do not consent to the appointment of one or more of the Movants as lead plaintiff(s), in the joint letter, the Movants shall propose a briefing schedule for the filing of any responses to the pending motions. No replies will be permitted without leave of the Court.

Dated: June 8, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge