UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------- x
JUNE E. ADAMS IRREVOCABLE TRUST  :   Civil Action No. 7:22-cv-02831-VB
DATED 7/21/14 FBO EDWARD ROBERT  :
ADAMS, Individually and on Behalf of All  :   CLASS ACTION
Others Similarly Situated,  :
 :   [PROPOSED] ORDER GRANTING
            Plaintiff,  :   MOTION FOR APPOINTMENT AS LEAD
 :   PLAINTIFF AND APPROVAL OF LEAD
     vs.  :   PLAINTIFF'S SELECTION OF LEAD
 :   COUNSEL
INTERNATIONAL BUSINESS MACHINES  :
CORPORATION, VIRGINIA M. ROMETTY,  :
MARTIN J. SCHROETER, JAMES J.  :
KAVANAUGH and ARVIND KRISHNA,  :
 :
            Defendants.  :
 :
------------------------------------------------- x

4857-0384-3107.v1

Having considered Iron Workers Local 580 Joint Funds' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. Iron Workers Local 580 Joint Funds are appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3. Iron Workers Local 580 Joint Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

  (a) the briefing and argument of any and all motions;

  (b) the conduct of any and all discovery proceedings including depositions;

  (c) settlement negotiations;

  (d) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

  (e) the preparation and filing of all pleadings; and

  (f) the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: June 23, 2022

_____
THE HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE