**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3250

WRITER'S DIRECT FACSIMILE

(212) 492-0250

WRITER'S DIRECT E-MAIL ADDRESS

lreisner@paulweiss.com

August 15, 2022

**By ECF**

Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *Iron Workers Local 580 Joint Funds* v. *International Business Machines Corporation et al.*, No. 22-cv-02831 (VB)

Dear Judge Briccetti:

Submitted together with this letter for the Court's consideration is a joint stipulation and proposed order extending by 30 days the time for lead plaintiff to file an amended complaint or designate the initial Complaint as the operative complaint in the above-referenced case. This is the first request for an adjournment or extension, the reason for the request is to accommodate the schedules and other commitments of counsel, and all parties have consented to the extension of time. It is respectfully requested that the Court enter the proposed order.

Thank you for your consideration.

Respectfully submitted,

/s/ Lorin L. Reisner
Lorin L. Reisner

cc:    Counsel of Record (by ECF)