UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x
JUNE E. ADAMS IRREVOCABLE TRUST : Civil Action No. 7:22-cv-02831-VLB
DATED 7/21/14 FBO EDWARD ROBERT :
ADAMS, Individually and on Behalf of All : CLASS ACTION
Others Similarly Situated, :
 : NOTICE OF VOLUNTARY DISMISSAL
     Plaintiff, : PURSUANT TO FED. R. CIV. P.
 : 41(a)(1)(A)(i)
 vs. :
 :
INTERNATIONAL BUSINESS MACHINES :
CORPORATION, VIRGINIA M. ROMETTY, :
MARTIN J. SCHROETER, JAMES J. :
KAVANAUGH and ARVIND KRISHNA, :
 :
     Defendants. :
––––––––––––––––––––––––––––––––––––––––– x

PLEASE TAKE NOTICE that Lead Plaintiff Iron Workers Local 580 Joint Funds hereby voluntarily dismisses this action without prejudice against all defendants. A class has not been certified in this action, and no defendant in this action has served an answer or a motion for summary judgment.

DATED: September 21, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

*Attorneys for Lead Plaintiff*